JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RASHID EL MALIK, | Case No. CV 17-5085 FMO (ASx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

**IT IS ADJUDGED** that the above-captioned case is **dismissed without prejudice**.

Dated this 14th day of February, 2018.

/s/
Fernando M. Olguin
United States District Judge